```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
Social Security Administration | Law & Policy
LISA A. TILLMAN (CA Bar No. 126424)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 410-965-5909
Email: Lisa.A.Tillman@ssa.gov
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD BALMOREZ,<br><br>　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | CIVIL NO. 3:25-cv-04771-TSH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR COMMISSIONER'S BRIEF** |

    Defendant Commissioner of Social Security (Defendant) respectfully requests that the Court adopt this stipulation to extend the deadline for Defendant to respond to Plaintiff's brief by thirty days, from December 22, 2025 to January 21, 2026. *See* ECF No. 18. Defendant further requests that all subsequent deadlines be extended accordingly. This is Defendant's first request for an extension of time to file a response.

    Good cause exists for this extension. Defendant respectfully requests this additional time

1

because Defendant's counsel is experiencing an extremely heavy workload, despite due diligence. In addition to this case, the undersigned is preparing the Commissioner's response briefs for several district court cases with concurrent deadlines. Counsel has already addressed five other cases this month by filing opposition briefs or otherwise resolving the cases. An additional thirty days would provide the undersigned with the time to thoroughly review the record and examine the issues raised in Plaintiff's Opening Brief. This request is made in good faith and with no intention to unduly delay the proceedings. Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

      Counsel for Defendant advised counsel for Plaintiff of the need for this extension by email sent on December 16, 2025 at approximately 3:55 p.m. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

      It is therefore requested that Defendant be granted a thirty-day extension of time to respond to Plaintiff's brief, from December 22, 2025 to January 21, 2026.

Respectfully submitted,

DATED: December 16, 2025   By: /s/ Geri N. Kahn
GERI N. KAHN, ESQ.

Attorney for Plaintiff

DATED: December 16, 2025   CRAIG H. MISSAKIAN
United States Attorney

By: s/ Lisa A. Tillman
LISA A. TILLMAN, ESQ.
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

**ATTESTATION**

Pursuant to Section 5-1(h) of the Civil Local Rules of the United States District Court for the Northern District of California, I certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained authorization from Geri N. Kahn, Esq. to affix their electronic signature to this document.

By: s/ *Lisa A. Tillman*
LISA A. TILLMAN
Special Assistant U.S. Attorney

**ORDER**

Pursuant to the above-stated stipulation, the deadline for Defendant's brief is extended from December 22, 2025 to January 21, 2026.

IT IS SO ORDERED.

Dated: December 17, 2025

_____
MAGISTRATE JUDGE THOMAS S. HIXSON